IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
06/29/2926

**Clerk, U.S. District Court**
**By: SND Deputy Clerk**

KHASAN KURBANOV,                          )
                                          )
                                          )
                    Petitioner,           )
                                          )       Case No. 26-3159-JWL
       v.                                 )
                                          )
Warden, Midwest Regional Reception Center; )
MARKWAYNE MULLIN, Secretary,              )
       Department of Homeland Security; and )
DAVID VENTURELLA, Acting Director,        )
       Immigration and Customs Enforcement, )
                                          )
                                          )
                    Respondent.           )
                                          )
                                          )
_____  )

## <u>ORDER</u>

Petitioner, acting *pro se*, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials, and in which he named only his custodian as respondent. This matter presently comes before the Court on the motion by the Secretary of the Department of Homeland Security (DHS) and the Acting Director of Immigration and Customs Enforcement (ICE) to intervene as respondents (Doc. # 3). The Court **grants** the motion. Government counsel does not represent respondent custodian, and the Court agrees that federal immigration officials have an interest in this matter; that disposing of the action may impair or impede their ability to protect that interest, which is not adequately represented by the current respondent; and that the petition is based on immigration statutes or regulations administered by those officials. Accordingly, the Court concludes that intervention is appropriate under Fed. R. Civ. P. 24

(a)(2) and (b)(2). Movants shall be added to this case as respondents, as reflected in the caption above, and movants shall file their proposed response to the petition forthwith.

IT IS SO ORDERED.

Dated this 29th day of June, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge